KAREN P. HEWITT
United States Attorney
A. DALE BLANKENSHIP
Assistant U.S. Attorney
California Bar Number 235960
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6199

Attorneys for Plaintiff
United States of America

FILED

07 MAR -1 PM 4:09

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICARDO ZAMBRANO-CAMACHO,**<br><br>Petitioner,<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>**Respondent.** | Civil Case No. 06CV0240-L<br>[Related to Criminal Case 05CR1102-L]<br><br><br>ORDER |

Upon application of the United States and good cause appearing therefor,

IT HEREBY IS ORDERED that the Exhibit 6 to the Government's Response and Opposition to Petitioner's Petition to vacate, set aside, or correct the sentence pursuant to 28 U.S.C. § 2255, requesting document and this order be filed Under Seal.

DATE: 3/1/07

HONORABLE M. JAMES LORENZ
UNITED STATES DISTRICT JUDGE